VERA HENRY v. CARDELL, INC.

September 19, 1978. Petition for certification denied.

FRED VENELLO v. FLAGSTAFF FOOD SERVICE CO.

September 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE DAVIDSON.

September 19, 1978. Petition for certification denied.

LEISURE TECHNOLOGY-NORTHEAST, INC. v. KLINGBEIL HOLDING CO.

September 19, 1978. Petition for certification denied.

VICTOR KELLY v. ALARMTEC, INC.

September 19, 1978. Petition for certification denied. (See 160 *N. J. Super.* 208)

CARTERET INDUSTRIAL ASSOCIATION v. THE MAYOR AND COUNCIL OF THE BOROUGH OF CARTERET.

September 19, 1978. Petition for certification denied.